```
1  JOANNA SHERIDAN (CABN 260090)
   J.P. Sheridan Law
2  601 Montgomery Street, Suite 850
   San Francisco, CA 94111
3  Phone: (415) 347-2700
   Email: joanna@jpsheridanlaw.com
4
   Attorney for Defendant
5  MICHAEL SIMON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL SIMON ) <br> ) <br> Defendant. ) <br> ) <br> ) | NO. 25-mj-71142 <br><br> STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT AND STATUS APPEARNCE <br><br> Current date/time: December 4, 2025, at 11:00 am <br> Requested date/time: January 12, 2026, at 10:30 am |

    The above captioned case is currently scheduled for a continued arraignment and status appearance regarding the preliminary hearing on December 4, 2025, at 11:00 am. The parties jointly request a continuance of the arraignment and status hearing on the following grounds: the government has made an initial production of discovery and anticipates providing additional discovery production(s) in the forthcoming weeks. Defense counsel is in the process of reviewing the discovery provided with Mr. Simon and evaluating a possible early resolution of this matter. A continuance of the proceedings will allow defense counsel the time necessary for effective preparation given the volume of materials that have been produced and are forthcoming.

    The government and defense counsel agree that time be excluded under the Speedy Trial Act and under Federal Rule of Criminal Procedure 5.1, so that defense counsel can continue to prepare, including by reviewing discovery and discussing resolution with the defendant.

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING  
UNITED STATES v. SIMON, 25-MJ-71142

1

2  The parties further agree that good cause exists for extending the time limits for a preliminary
3  hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an
4  indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P.
5  5.1; 18 U.S.C. § 3161(b).
6  For these reasons, the parties jointly agree and stipulate that the arraignment and status
7  appearance currently set for December 4, 2025, should be continued to January 12, 2026, or any date
8  thereafter that is convenient for the Court.
9  IT IS SO STIPULATED.

10

11 DATED: December 2, 2025                 /s/_____
                                          JOANNA SHERIDAN
12                                        Attorney for Defendant
                                          MICHAEL SIMON
13

14
   DATED: December 2, 2025                 /s/_____
15                                        IVANA DJAK
                                          Assistant United States Attorney
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING                                              2
UNITED STATES v. SIMON, 25-MJ-71142

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS good cause to continue the Arraignment and Status Hearing currently set on December 4, 2025 to January 12, 2026. It is hereby ORDERED that the Arraignment and Status Hearing currently set on December 4, 2025 be continued to January 12, 2026 at 10:30 am.

Based on the stipulation of the parties and the exclusions set forth above, it is hereby ORDERED that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act, 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

DATED:__December 2, 2025

_____
THE HONORABLE THOMAS S. HIXON
United States Magistrate Judge

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING
UNITED STATES v. SIMON, 25-MJ-71142

3